IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                 CASE NO: 09-40563
                                             CHAPTER 7

GLOVER, KENNETH

        Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 012 | Wells Fargo<br>PO Box 14411<br>Des Moines, IA 50306 | $5,521.69 |

The check mailed at the above address on January 10, 2011 has been returned by the Creditor.

Dated this 19th day of January, 2011.

                                                                      /s/ Sherry F. Chancellor
                                                                      Sherry F. Chancellor, Trustee
                                                                      619 West Chase Street
                                                                      Pensacola, Florida 32502
                                                                      (850) 436-8445
                                                                      Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Wells Fargo, PO Box 14411, Des Moines, IA 50306 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on this 19th day of January, 2011.

                                                      /s/ Sherry F. Chancellor
                                                 Sherry F. Chancellor, Trustee