IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                             CASE NO: 09-40563
                                                                   CHAPTER 7

GLOVER, KENNETH

            Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 08 | HSBC<br>P.O. BOX 60177<br>CITY OF INDUSTRY, CA 91716 | $85.91 |

The check mailed at the above address on January 10, 2011 and has been returned by the creditor, unable to process.

Dated this 8th day of January, 2011.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon HSBC P.O. BOX 60177, CITY OF INDUSTRY, CA 91716 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on the 8th day of February, 2011.

          /s/ Sherry F. Chancellor
          Sherry F. Chancellor, Trustee